UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

JERRY WALTON,

                Defendant.

24 Cr. 50 (JHR)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/9/2024

JENNIFER H. REARDEN, District Judge:

    IT IS HEREBY ORDERED that Defendant's arraignment will be conducted on **Wednesday, February 14**, at **12:00 p.m.** in Courtroom 12B, 500 Pearl Street, New York, NY 10007.  Immediately following the arraignment, an initial conference will be held.

    At the conference, the Government shall recite the procedural history of this case, outline the nature of the evidence it intends to offer at any trial, and propose a schedule for the production of discovery materials.  Counsel for the parties shall consult in advance to agree, if possible, on a month for trial, as well as a schedule for motions and the exchange of expert statements.

    SO ORDERED.

Dated: February 9, 2024
       New York, New York

                                          JENNIFER H. REARDEN
                                          United States District Judge