# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

**Barry D. Leiwant**
*Interim Executive Director
and Attorney-in-Chief*


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/29/2024

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 29, 2024

**BY ECF**

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED. The pretrial conference is hereby adjourned to **May 14, 2023** at **10:30 a.m.**  The time between April 3, 2024 and May 14, 2024 is excluded to allow for the defense's continued review of discovery.  18 U.S.C. § 3161(h)(7)(A).  The Court finds that the ends of justice served by excluding such time outweigh the best interests of the public and the Defendant in a speedy trial.  The Clerk of Court is directed to terminate ECF No. 11.  SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: March 29, 2024

Re:   *United States v. Jerry Walton*, 24 Cr. 50 (JHR)

Dear Judge Rearden:

I write with the Government's consent to request a 30-day adjournment of the conference presently scheduled for April 3, 2024.  This is Mr. Walton's first request for an adjournment.

Earlier this month, the Government produced discovery, which I copied and sent to Mr. Walton at the MDC.  Unfortunately, due to technical issues and MDC lockdowns, he needs more time to review it, and we need more time to discuss it together, before proceeding.  An additional thirty days will allow us to do so.  For that reason, Mr. Walton consents to the exclusion of time under the Speedy Trial Act through the next conference date scheduled by the Court.

As noted, the Government consents to this application. Thank you for considering it.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
212.417.8770

cc:   William Stone, Assistant U.S. Attorney