UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    -v.-<br><br>JERRY WALTON,<br>                              Defendant. | 24 Cr. 50 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

The Court is in receipt of Defendant Jerry Walton's application requesting the appointment of new counsel. The Court will address his application on **Thursday, May 9, 2024** at **2:30 p.m.** The duty CJA attorney will be present for the proceeding.

The Clerk of Court is directed to terminate ECF No. 13.

SO ORDERED.

Dated: May 3, 2024
       New York, New York

                                                    _____
                                                    JENNIFER H. REARDEN
                                                    United States District Judge