# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL     212.763.0883
DIRECT EMAIL    jdabbs@kaplanhecker.com

Application GRANTED.  The conference is adjourned to **July 24, 2024** at **2:15 p.m.**

The time between June 11, 2024 and July 24, 2024 is excluded to allow for the Defendant's continued review of discovery and consideration of potential pretrial motions.  18 U.S.C. § 3161(h)(7)(A).  The Court finds that the ends of justice served by excluding such time outweigh the best interests of the public and the Defendant in a speedy trial.

The Clerk of Court is directed to terminate ECF No. 18.

SO ORDERED.

*/s/ Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Date: June 6, 2024

June 6, 2024

**BY CM/ECF**

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

                Re:      *United States v. Jerry Walton*, 24 Cr. 50 (JHR)

Dear Judge Rearden:

        I write to request a 30-day adjournment of the conference scheduled for June 11, 2024. This is Mr. Walton's second request for an adjournment, and his first request since I was appointed as counsel pursuant to the Criminal Justice Act. (*See* Min. Entry (May 9, 2024).) The Court granted Mr. Walton's first request. (*See* Dkt. 12.)

        An additional thirty days will allow for further, necessary time to review the discovery with Mr. Walton and to consider potential motions. For that reason, Mr. Walton consents to the exclusion of time under the Speedy Trial Act through the next conference date scheduled by the Court. The Government does not object to this request. We thank the Court for its consideration of this request.

                                                  Respectfully submitted,

                                                  Jenna M. Dabbs
                                                  KAPLAN HECKER & FINK LLP
                                                  350 Fifth Avenue, 63rd Floor
                                                  New York, NY 10118
                                                  Tel: (212) 763-0883
                                                  Fax: (212) 564-0883
                                                  jdabbs@kaplanhecker.com