

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

November 22, 2024

**BY ECF**

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application GRANTED.  The time through **December 6, 2024** is excluded to allow the parties additional time to discuss a potential pretrial resolution of this case. 18 U.S.C. § 3161(h)(7)(A).  The Court finds that the ends of justice served by excluding such time outweigh the best interests of the public and the Defendant in a speedy trial.  By **December 5, 2024**, the parties shall file an "update as to whether a plea can be scheduled, or, if not, to propose a trial and related schedule for the case going forward."  SO ORDERED.
>
> *Jennifer H. Rearden*
> Jennifer H. Rearden, U.S.D.J.
> Dated:  November 22, 2024

Re:  *United States v. Jerry Walton*, 24 Cr. 50 (JHR)

Dear Judge Rearden:

    On October 17, 2024, the Court directed the parties to file by November 22, 2024, an update as to whether a plea can be scheduled, or, if not, to propose a trial and related schedule for the case going forward.  (Dkt. 22.)  The parties remain actively engaged in discussions about a pre-trial resolution to this matter and need additional time to conclude those discussions.  Accordingly, the parties jointly request a further brief adjournment until December 6, 2024, of the deadline to schedule a plea or propose a trial schedule.  The defendant consents to the exclusion of time from the present to December 6, 2024, under the Speedy Trial Act, 18 U.S.C. § 3161, to permit the parties to continue their discussions.  The Court has previously granted three requests for an adjournment and found that the exclusion of time served the ends of justice.  (Dkts. 12, 19, 22.)  There are, at present, no other existing deadlines or other scheduled dates in the case.  Thank you for considering this request.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:  _____
    William K. Stone
    Assistant United States Attorney
    (212) 637-2521

cc:   Jenna M. Dabbs, Esq. (counsel for defendant) by ECF