# Hecker Fink LLP

**Application GRANTED.** The time through **December 13, 2024** is excluded to allow counsel and the Defendant additional time to review and consider a potential pretrial resolution of this case. 18 U.S.C. § 3161(h) (7)(A). The Court finds that the ends of justice served by excluding such time outweigh the best interests of the public and the Defendant in a speedy trial. By **11:00 a.m.** on **December 13, 2024**, the parties shall file a letter stating that a plea proceeding should be scheduled or proposing a month for trial and a timetable for the case going forward.

The Clerk of Court is directed to terminate ECF No. 25.

SO ORDERED.

*/s/ Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated:  December 6, 2024

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.HECKERFINK.COM

DIRECT DIAL     929.294.2540
DIRECT EMAIL    jdabbs@heckerfink.com

December 5, 2024

**BY CM/ECF**

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

     Re:  *United States v. Jerry Walton*, 24 Cr. 50 (JHR)

Dear Judge Rearden:

  On November 22, 2024, the Court directed the parties to file by today, December 5, 2024, an update as to whether a plea can be scheduled, or, if not, to propose a trial and related schedule for the case going forward. (Dkt. 24.) Since then, the parties have engaged in extensive discussions, which resulted in a proposed plea agreement that the Government reduced to writing and, on Monday, December 2, 2024, conveyed to counsel for Mr. Walton.

  To permit adequate time for counsel to review and consider this proposed agreement with our client, we respectfully request a further adjournment of one additional week, until December 13, 2024, to provide the Court with an update on whether to schedule a plea or propose a trial schedule. Mr. Walton consents to the exclusion of time through December 13, 2024, under the Speedy Trial Act, 18 U.S.C. § 3161, to permit the parties to conclude their plea discussions. The Government consents to this request.

  The Court has previously granted four requests for an adjournment and found that the exclusion of time served the ends of justice. (Dkts. 12, 19, 22, 24.) There are, at present, no other existing deadlines or other scheduled dates in the case.

  We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Jenna M. Dabbs*

Jenna M. Dabbs