# HeckerFink LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.HECKERFINK.COM

DIRECT DIAL        929.294.2540
DIRECT EMAIL      jdabbs@heckerfink.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2024
```

December 13, 2024

**BY CM/ECF**

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *United States v. Jerry Walton*, 24 Cr. 50 (JHR)

Dear Judge Rearden:

On December 6, 2024, the Court granted the parties' request for an exclusion of time to conclude their plea discussions. (Dkt. 26.) The parties now respectfully request that a plea be scheduled at a time convenient for the Court on or after January 20, 2025. Mr. Walton consents to the exclusion of time through the hearing date scheduled by the Court, under the Speedy Trial Act, 18 U.S.C. § 3161. The Government consents to this request.

The Court has previously granted five requests for an adjournment and found that the exclusion of time served the ends of justice. (Dkts. 12, 19, 22, 24, 26.) There are, at present, no other existing deadlines or other scheduled dates in the case.

We thank the Court for its consideration of this request.

Application GRANTED.  On **January 30, 2025** at **11:15 a.m.**, a change-of-plea proceeding will take place in Courtroom 12B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  The time through January 30, 2025 is excluded to allow the parties to prepare for the proceeding.  18 U.S.C. § 3161(h)(7)(A).  The Court finds that the ends of justice served by excluding such time outweigh the best interests of the public and the Defendant in a speedy trial.

Respectfully submitted,

*Jenna M. Dabbs*

Jenna M. Dabbs

The Clerk of Court is directed to terminate ECF No. 27.

SO ORDERED.

*Jennifer H. Rearden*

Jennifer H. Rearden, U.S.D.J.
Dated:  December 13, 2024