# Hecker Fink LLP

NEW YORK | WASHINGTON, DC | LOS ANGELES

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.HECKERFINK.COM

jdabbs@heckerfink.com

August 26, 2025

**BY CM/ECF**

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Jerry Walton*, No. 24 Cr. 50, No. 12 Cr. 857 (JHR)

Dear Judge Rearden:

We represent Jerry Walton, who is scheduled to be sentenced before Your Honor on September 9, 2025. We write pursuant to the Court's Individual Rules and Practices in Criminal Cases, Rules 10.C and 10.D, to request permission to file under seal one exhibit to Mr. Walton's Sentencing Memorandum (Exhibit B). Exhibit B is a forensic psychological evaluation and report. *See United States v. Monge*, No. 17-CR-611-12 (AT), 2020 WL 3872168, at *1 n.1 (S.D.N.Y. July 9, 2020) (holding that the defendant's "privacy interest in his medical records outweighs the public right of access to judicial documents").

In accordance with the Court's Rules and Practices, contemporaneously with the filing of this letter motion, we are filing Exhibit B as sealed, and emailing unsealed copies of the same to the Court and the government.

We thank the Court for its consideration of this request.

Respectfully submitted,

Jenna M. Dabbs

Application GRANTED. Defendant shall file an unredacted copy of Exhibit B, ECF No. 44-2, under seal by **September 9, 2025.**

The Clerk of Court is directed to terminate ECF No. 43.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Dated: September 4, 2025

cc:   AUSA William Stone