

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 4, 2025

**BY ECF**

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *United States v. Jerry Walton*, 24 Cr. 50 (JHR)

Dear Judge Rearden:

    The Government submits this letter in response to the Court's order dated September 3, 2025, directing the Government to explain the purpose of the redactions to Exhibit A of the Government's Sentencing Submission. (Dkt. 46.) The Government withdraws its prior request to file Exhibit A entirely under seal and provides instead the attached version of Exhibit A, which contains more limited redactions. These redactions remove the names of corrections officers and inmates discussed in the defendant's disciplinary records. The names of these individuals and their involvement in the incidents described therein are not material to the defendant's sentencing and includes the personal identifying information of third parties. For these reasons, the Government respectfully submits that the proposed redactions are consistent with the criteria set forth in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006). Defense counsel takes no position on this request.

Application GRANTED. The Government shall file an unredacted copy of Exhibit A, ECF No. 47-1, under seal by **September 9, 2025**.

The Clerk of Court is directed to terminate ECF No. 47.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: September 4, 2025

Respectfully submitted,

JAY CLAYTON
Acting United States Attorney
Southern District of New York

*William Stone*
William K. Stone
Assistant United States Attorney
(212) 637-2521

cc: Jenna M. Dabbs, Esq. (by ECF)
    Sean Kelly, Esq. (by ECF)