

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 8, 2025

**BY ECF**

The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Jerry Walton*, 24 Cr. 50 (JHR)

Dear Judge Rearden:

      The Government submits this letter in response to the Court's order dated September 5, 2025, directing the Government to explain the purpose of the redactions to the Government's sentencing submission. (*See* Dkt. 50.) Pursuant to the Court's Individual Rules 10.C.ii, the Government seeks permission to redact information regarding the defendant's childhood sexual abuse, as referenced in the defendant's submission. (*See* Dkt. 51.) Redaction of this information is consistent with the amended redactions applied by the defendant in his sentencing submission. (*See* Dkt. 52.) The redacted material contains sensitive personal information, including medical information and diagnoses, about the defendant that were obtained from the defendant's submission and the Presentence Investigative Report, which is itself only visible to certain individuals. For these reasons and the reasons set forth in defense counsel's letter motion in support of its proposed redactions, the Government submits that these redactions are proper and consistent both with the Court's Individual Rules and the presumption in favor of public access to judicial documents articulated in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 121 (2d Cir. 2006). Accordingly, the Government will file the Government's sentencing submission with redactions limited to the defendant's childhood sexual abuse. If, however, the Court does not approve of these more limited redactions, the Government will promptly file an unredacted copy of its sentencing submission.

Application GRANTED.  The Government shall file an unredacted copy of ECF No. 54 under seal by **September 9, 2025**.

The Clerk of Court is directed to terminate ECF No. 53.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: September 8, 2025

Respectfully submitted,

JAY CLAYTON
Acting United States Attorney
Southern District of New York

*/s/ William K. Stone*

William K. Stone
Assistant United States Attorney
(212) 637-2521

cc: Jenna M. Dabbs, Esq. (by ECF)
     Sean Kelly, Esq. (by ECF)